ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendants Countrywide Home Loans, Inc., CTC Real Estate Services, ReconTrust Company, N.A., and Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID B. MATHISON and MELISSA MATHISON, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; CTC REAL ESTATE SERVICES; RECONTRUST COMPANY, N.A.; BAC HOME LOANS SERVICING, LP; FIRST AMERICAN TITLE INSURANCE COMPANY; CHARLOTTE OLMOS; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>Defendants. | Case No.: 3:11-cv-00479-RCJ-WGC<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs David B. Mathison and Melissa Mathison (**plaintiffs**), and defendants Countrywide Home Loans, Inc. (**Countrywide**), CTC Real Estate Services (**CTC**), ReconTrust Company, N.A. (**ReconTrust**), and Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (**BANA** and, together with Countrywide, CTC, and ReconTrust, **defendants**), hereby stipulate and agree that the above-entitled matter shall be dismissed without prejudice against defendants.

The parties also stipulate and agree that each party shall bear its own attorney's fees and

{25817583;1}                                                       1

1  costs.  Trial has not been set in this case.

3  DATED this 19th day of February, 2013.        DATED this 19th day of February, 2013.

**AKERMAN SENTERFITT LLP**                       **LAW OFFICE OF RICK LAWTON, P.C.**

 /s/ Christina S. Bhirud                          /s/  Rick Lawton
ARIEL E. STERN, ESQ.                             RICK LAWTON, ESQ.
Nevada Bar No. 8276                              Nevada Bar No. 694
CHRISTINA S. BHIRUD, ESQ.                        1460 Hwy 95A, North #1
Nevada Bar No. 11462                             Fernley, Nevada  89408
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144                          *Attorneys for Plaintiffs*

*Attorneys for Defendants*
*Countrywide Home Loans, Inc., CTC*
*Real Estate Services, ReconTrust Company,*
*N.A., Bank of America, N.A., as successor*
*by merger to BAC Home Loans Servicing, LP*

DATED this 19th day of February, 2013.

**BADER & RYAN, LTD.**

 /s/  Todd A. Bader
TODD A. BADER, ESQ.
Nevada Bar No. 3854
232 Court Street
Reno, Nevada 89501

*Attorneys for Defendants*                       **IT IS SO ORDERED**
*First American Title Company*
*and Charlotte Olmos*                            Dated:  February 20, 2013

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

{25817583;1}                        2